UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CRAIG FRENTZEL, )
 )
        Plaintiff, )
 )
   v. ) No. 4:06-CV-214-JCH
 )
JIM MOORE, et al., )
 )
        Defendants. )

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Jim Moore and James Purkett, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 10th day of March, 2006

                                            /s/ Jean C. Hamilton
                                            **UNITED STATES DISTRICT JUDGE**